UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN M. HERNANDEZ,<br><br>Defendant. | CAUSE NO. 1:19-CR-69 DRL-SLC |

ORDER

This matter is before the court on the findings and recommendation of Magistrate Judge Paul R. Cherry filed on February 12, 2020 (ECF 38). On February 12, 2020, Defendant Juan Hernandez pleaded guilty to count two of a four count indictment: distribution of 50 grams or more of methamphetamine in violation of 21 U.S.C. § 841(a)(1). The defendant has not objected to the Magistrate Judge's findings and recommendation, so the court now adopts the findings and recommendation in their entirety. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to the offense charged as count two in the indictment is hereby ACCEPTED, and the defendant is adjudged guilty of such offense.

A sentencing date has already been set. ECF 39.

SO ORDERED.

February 28, 2020                                *s/ Damon R. Leichty*
                                                                Judge, United States District Court